# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THERON DENARD DILL § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No: |
| § | 1:16-CV-03763-TCB |
| OFFICER MELTON E. JOHNSON, § | |
| in his individual capacity, § | |
|     Defendants. § | |

## NOTICE OF APPEARANCE

**COMES NOW** attorney Camille Small-Simon and make her appearance in the above-styled matter as counsel on behalf of Defendant Melton E. Johnson.

This is the 21st day of February, 2017.

                               By:    */s/ Camille Small Simon*
                                         Camille Small-Simon
                                         Sr. Assistant City Attorney
                                         Georgia Bar No. 419735
                                         Attorney for Officer Melton

CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue, S.W., Suite 5000
Atlanta, Georgia  30303-3520
(404) 546-4176 (telephone)
(404) 979-7789 (facsimile)
cnsmall-simon@atlantaga.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THERON DENARD DILL § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No: |
| § | 1:16-CV-03763-TCB |
| OFFICER MELTON E. JOHNSON, § | |
| in his individual capacity, § | |
|     Defendants. § | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I electronically filed the forgoing Notice of Appearance with the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

                                            By:   */s/ Camille Small Simon*
                                                      Camille Small-Simon
                                                      Sr. Assistant City Attorney
                                                      Georgia Bar No. 419735
                                                      Attorney for Officer Melton

CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue, S.W., Suite 5000
Atlanta, Georgia  30303-3520
(404) 546-4176 (telephone)
(404) 979-7789 (facsimile)
cnsmall-simon@atlantaga.gov