# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| THERON DENARD DILL ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:16-CV-03763-TCB |
| ) | |
| OFFICER MELTON E. JOHNSON, ) | |
| In His Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

**COMES NOW** James E. Dearing, Jr. of the law firm of James E. Dearing, Jr., P.C. and enters his appearance on behalf of Defendants. Counsel requests that he is served with all notices, correspondences, pleadings and orders at:

James E. Dearing, Jr.
**JAMES E. DEARING, JR., P.C.**
730 Peachtree Street, N.E. – Suite 460
Atlanta, Georgia  30308
404.870.0010 / tele
404.870.0008 / fax
jdearing@jed-law.com

This 24th day of April, 2017.

|  | Respectfully submitted, |
|---|---|
|  | **JAMES E. DEARING, JR. P.C.** |
| 730 Peachtree Street, N.E.- Suite 460 | **/s/ *James E. Dearing, Jr.*** |
| Atlanta, Georgia 30308 | James E. Dearing, Jr. |
| 404.870.0010 / tele | Georgia Bar No. 215090 |
| 404.870.0008 / fax | Attorney for Defendant |
| jdearing@jed-law.com | City of Atlanta |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have this day electronically filed **ENTRY OF APPEARANCE** with the Clerk of Court via the CM/ECF system which will automatically send e-mail notifications of such filing to the following attorneys of record:

Drago Cepar, Jr.
1900 The Exchange – Suite 490
Atlanta, Georgia  30339

Jeffrey R. Filipovits
Filipovits Law, P.C.
2900 Chamblee Tucker Road - Building 1
Atlanta, Georgia  30341

This 24th day of April, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **JAMES E. DEARING, JR. P.C.** |
| 730 Peachtree Street, N.E.- Suite 460 | */s/ James E. Dearing, Jr.* |
| Atlanta, Georgia 30308 | James E. Dearing, Jr. |
| 404.870.0010 / tele | Georgia Bar No. 215090 |
| 404.870.0008 / fax | Attorney for Defendant |
| jdearing@jed-law.com | City of Atlanta |